110 A.3d 992

COMMONWEALTH of Pennsylvania, Appellee

v.

Thomas MEADOWS, Appellant.

Supreme Court of Pennsylvania.

Submitted July 31, 2014.

Feb. 17, 2015.

Cristi A. Charpentier, Esq., Federal Community Defender Office, Eastern District of PA, Shawn Nolan, Esq., Leigh Michael Skipper, Esq., Defender Association of Philadelphia, for Thomas Meadows.

Robert Martin Falin, Esq., Montgomery County District Attorney's Office, Amy Zapp, Esq., PA Office of Attorney General, for Commonwealth of Pennsylvania.

SAYLOR, C.J., EAKIN, BAER, TODD, STEVENS, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of February, 2015, the Order of the Court of Common Pleas of Montgomery County, dismissing appellant's second petition for relief under the Post–Conviction Relief Act (PCRA), is hereby **AFFIRMED.**